UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>  v.<br><br>BREANNE MARIE BAME,<br><br>  Defendant. | CASE NO. 2:24-cr-00149-LK<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE EVIDENTIARY REVOCATION HEARING |

This matter comes before the Court on the Government's unopposed motion to continue the evidentiary hearing on the revocation of Defendant Breanne Marie Bame's supervised release. Dkt. No. 17.

On June 9, 2025, the United States Probation Office recommended that Ms. Bame's supervised release be revoked because she used or consumed marijuana on or about June 2, 2025, in violation of a special condition. Dkt. No. 10 at 1. On June 27, Ms. Bame denied the allegation and the Court set an evidentiary hearing for July 24. Dkt. No. 15. The Government represents that it is unavailable on that date, and seeks to continue the hearing to August 20, 2025. Dkt. No. 17 at 1. The Government's motion is unopposed by Ms. Bame and by Probation. *Id.*

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE EVIDENTIARY REVOCATION HEARING - 1

The Court finds that the Government has shown good cause and that granting the continuance will still allow the evidentiary hearing to be held "within a reasonable time[.]" Fed. R. Crim. P. 32.1(b)(2). Therefore, the Court GRANTS the unopposed motion, Dkt. No. 17, and continues the evidentiary hearing to August 20, 2025 at 1:30 p.m.

Dated this 14th day of July, 2025.

*Lauren King*
Lauren King
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE EVIDENTIARY REVOCATION HEARING - 2